BSF
BOIES
SCHILLER
FLEXNER

March 1, 2022

Honorable Paul A. Crotty
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

3/1/2022
The conference is adjourned to April 5, 2022 at 11:30 am

Re: *United States v. Latwon Garcia*, 1:12-cr-00932-PAC-3

So ordered
Paul Crotty
USDJ

Dear Judge Crotty:

I respectfully and briefly write to request a thirty-day adjournment of the conference set for March 3, 2022, at 3:45 p.m. Mr. Garcia's state attorney is trying to resolve the state court matter, which was adjourned to March 17. Proposed alternate conference dates in this Court are April 1, 4, and 5.

This is my first request for an adjournment on behalf of Mr. Garcia. The government consents to this request.

Respectfully submitted,

/s/ Waleska Suero Garcia

**Waleska Suero Garcia**